RECEIVED
IN LAKE CHARLES, LA

JUL 29 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **JEREMY RACINE, Individually and as Personal Representative of the Estate of Alex Racine, deceased; and JACQUELINE RACINE**<br><br>**PLAINTIFFS**<br><br>-vs-<br><br>**RPM PIZZA, INC.**, a Mississippi Corporation, **LIBERTY MUTUAL INSURANCE, Co.**, a foreign corporation, **TREVOR LECOMPTE**, a citizen and resident of Louisiana, and **US AGENCIES CASUALTY INSURANCE COMPANY**, a foreign corporation<br><br>**DEFENDANTS** | **CIVIL ACTION NO.: CV04-0036**<br><br><br><br><br>**JUDGE MINALDI**<br><br><br><br><br>**MAGISTRATE JUDGE WILSON** |

### JUDGMENT OF DISMISSAL

**ON JOINT MOTION OF COUNSEL**, and on suggesting to this Honorable Court that this case has been fully compromised and settled; it is

**ORDERED, ADJUDGED AND DECREED** that the demands of plaintiffs, **JEREMY RACINE, Individually and as Personal Representative of the Estate of Alex Racine, deceased; and JACQUELINE RACINE,** against defendants, **LIBERTY MUTUAL INSURANCE COMPANY; RPM PIZZA, INC., RPM MERGER COMPANY, L.L.C. and TREVOR LECOMPTE,** individually and in their capacity as insureds under a policy of insurance issued by **LIBERTY MUTUAL INSURANCE COMPANY** to **RPM PIZZA, INC.**,



in the above numbered and entitled cause be dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED at Lake Charles, La.
County, _____, this 29th day of July, 2005.

_____
HONORABLE ALONZO WILSON, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA


**TRIPP SCOTT, PA**

BY: _____
Edward R. Curtis (Bar # _____)
110 SE 6th Street
Fort Lauderdale, Florida 33301
Telephone: (954/760-4905

**And**

**LAMOTHE & HAMILTON**

BY: _____
Frank E. Lamothe (Bar #7945)
601 Poydras Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 566-1805

**ATTORNEYS FOR PLAINTIFFS,
JEREMY RACINE AND JACQUELINE RACINE**

**STAFFORD, STEWART & POTTER**

BY: _____
Mark A. Watson (#19204)
3112 Jackson Street
Post Office Box 1711
Alexandria, Louisiana 71309
Telephone: (318) 487-4910

**ATTORNEYS FOR DEFENDANTS, LIBERTY MUTUAL INSURANCE COMPANY, and RPM PIZZA, INC., RPM MERGER COMPANY, L.L.C. and TREVOR LECOMPTE,** in their capacity as insureds under a policy of insurance issued by **LIBERTY MUTUAL INSURANCE COMPANY** to **RPM PIZZA, INC.**